NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1540

### ALLAN BLOCK CORPORATION,

Plaintiff-Appellant,

v.

### COUNTY MATERIALS CORPORATION,

Defendant.

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-2879, Judge Joan N. Ericksen.

## ON MOTION

## ORDER

Upon consideration of Allan Block Corporation's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

| MAR 1 0 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc:   Darren B. Schwiebert, Esq.
      Chad Drown, Esq.
s20

ISSUED AS A MANDATE:   MAR 1 0 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK